IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| MORGAN STANLEY SMITH BARNEY, LLC, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | Case No. 6:24-CV-03165-MDH |
| THE ESTATE OF KEVIN LOY WILSON and TERRY M. WILSON, | ) |  |
| Defendants. | ) |  |

**ORDER**

Plaintiff's Motion for Order Pursuant to 28 U.S.C. § 2361 is **GRANTED**. The Estate of Kevin Loy Wilson is hereby enjoined from prosecuting claims against E*TRADE it has filed in Case No. 21WE-PR00117 pending in the Circuit Court for Webster County, Missouri Probate Division until further order of this Court. Further, both Defendants are enjoined from naming E*TRADE as a party in any other state or federal lawsuit or other proceeding relating to the disputed assets until further order of this Court.

**IT IS SO ORDERED**.

DATED: June 4, 2024

/s/ Douglas Harpool
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**